| | |
|---|---|
| **From:** | Stephanie Martinez <Stephanie.Martinez@sunpowercorp.com> |
| **Sent:** | Tuesday, December 7, 2021 11:01 AM |
| **To:** | West.ClaimReporting@marsh.com; coreclaims; Sean Carey |
| **Cc:** | Matthias, Whitney; Jenny Wampler; Stephanie Martinez; Scott Gray |
| **Subject:** | New GL Claim - M1347 Target - Rialto - 3105 Mango Ave. Rialto, CA 92377 - wind damage |
| **Attachments:** | FW: Target - Rialto - Distribution Center Damages (1.82 MB) |
| **Importance:** | High |

Hello Marsh/James River –

We need to tender this claim regarding the M1347 Target - Rialto - Distribution Center site. It appears there was wind damage which resulted in damage to the roof. Walmart is the owner of the solar system.

The team is trying to get an insurance on site today if possible, as Target is demanding SunPower remove the damaged panels today so the roofers can start patching the hundreds of holes in the roof.

- **Loss Type**: GL
- **Date of Loss:** around 12-3-21
- **Loss Location:**
    - M1347 Target - Rialto - Distribution Center site
    - 3105 Mango Ave. Rialto, CA 92377
- **Facts of Loss:** See attached for further information & pictures
- **Other Pertinent Information Gathered:** See attached for further information & pictures
- **Local Client Contact Information:** Scott Gray

Thank you for your attention to this.

**Stephanie Motal Martinez** | Corporate Risk Management
8900 Amberglen Blvd., Ste.325, Austin, TX 78729 | office 512.735.0322 |
51 Rio Robles, San Jose, CA 95134 (Corporate Headquarters)
stephanie.martinez@sunpower.com



1