
TARGET

December 10, 2021

SunPower Corporation
Attention: Priya Pandey
priya.pandey@sunpower.com
1414 Harbour Way South
Richmond, CA 94804

RE:   Target Location:   3806 - Rialto DC, California
       Date of Loss:      12/3/2021
       Our Claim No:     4428751

Dear Priya Pandey,

I administer property damage claims for Target Corporation, and am writing to put you on notice of a subrogation claim, arising from an incident that occurred on or around December 3rd, 2021.

It is my understanding that numerous solar panels were damaged, along with the roof membrane, after a wind event in the area.

Please refer this matter to your insurance carrier or appropriate contact in your company for handling. If you have any questions or concerns, feel free to contact me at the email or phone number below.

Sincerely,

*Melissa Cudzilo*

Risk Management
Phone: 612-761-6120
Email: Melissa.Cudzilo@target.com