

**Berkley**
Construction Professional
a Berkley Company

5405 Alton Parkway, Suite A-762
Irvine, CA 92604
http://www.berkleycp.com

December 21, 2021

Stephanie Martinez
SunPower Corporation
51 Rio Robles
San Jose, CA 95134

Re:  Insured:           **SunPower Corporation**
     Insurer:           Berkley Assurance Company
     Type of Policy:    Construction Professional Liability
     Policy No.:        PCAB-5013067-1120
     Policy Period:     November 1, 2020 to April 1, 2022
     Claimant:          Rialto Distribution Center- M1347 Target
     Claim No.:         30412

Dear Stephanie Martinez:

On behalf of Berkley Assurance Company, Berkley Construction Professional acknowledges receipt of correspondence from Preeti Chauhan at Marsh USA, Inc., on December 15, 2021, providing notice of the above-captioned matter for which coverage apparently is being sought under the referenced policy ("Policy").

The initial handling of this matter has been assigned to the undersigned, who will contact you shortly. However, should you have any questions or need immediate assistance, you may reach the undersigned at the telephone number and email address listed below.

Pending our investigation and coverage evaluation, and continuing through the handling of this matter, Berkley Assurance Company reserves all rights under the Policy, at law, and in equity, including, but not limited to, the right to raise Policy terms and conditions as defenses to coverage as may be appropriate.

We look forward to assisting you.

Regards,

*Julie Zando-Dennis*

Julie Zando-Dennis
AVP, Senior Claims Examiner
jzandodennis@berkleyalliance.com
(212) 822-3342

cc:  Lynne Harrington
     Marsh USA, Inc.
     345 California Street, Suite 1300
     San Francisco, CA 94104

     Preeti Chauhan

Marsh USA, Inc.
345 California Street, Suite 1300
San Francisco, CA 94104