

5405 Alton Parkway, Suite A-762
Irvine, CA 92604
http://www.berkleycp.com

January 26, 2022

Priya Pandey
SunPower Corporation
51 Rio Robles
San Jose, CA 95134

Re: | Insured: | **SunPower Corporation**
--- | --- | ---
| Insurer: | Berkley Assurance Company
| Type of Policy: | Construction Professional Liability
| Policy No.: | PCAB-5013067-1120
| Policy Period: | November 1, 2020 to April 1, 2022
| Claimant: | M1349 Target Fontana Distribution Center
| Claim No.: | 30573

Dear Priya Pandey:

On behalf of Berkley Assurance Company, Berkley Construction Professional acknowledges receipt of correspondence from Marsh USA, Inc. at Marsh USA, Inc., on January 25, 2022, providing notice of the above-captioned matter for which coverage apparently is being sought under the referenced policy ("Policy").

The initial handling of this matter has been assigned to the undersigned, who will contact you shortly. However, should you have any questions or need immediate assistance, you may reach the undersigned at the telephone number and email address listed below.

Pending our investigation and coverage evaluation, and continuing through the handling of this matter, Berkley Assurance Company reserves all rights under the Policy, at law, and in equity, including, but not limited to, the right to raise Policy terms and conditions as defenses to coverage as may be appropriate.

We look forward to assisting you.

Regards,

*Julie Zando-Dennis*

Julie Zando-Dennis
AVP, Senior Claims Examiner
jzandodennis@berkleyalliance.com
(212) 822-3342

cc: Lynne Harrington
Marsh USA, Inc.
345 California Street, Suite 1300
San Francisco, CA 94104

Juveriya Shaikh

Marsh USA, Inc.