**From:** Marilea.Griggs <Marilea.Griggs@target.com>
**Sent:** Wednesday, February 2, 2022 2:52 PM
**To:** Ian Bennett <Ian.Bennett@sunpowercorp.com>; Priya Pandey <Priya.Pandey@sunpowercorp.com>
**Subject:** [EXT] Wind Damage - Longterm Remediation Strategy

**External Email** - Use caution when responding, clicking, and/or downloading attachments.

Hey Ian and Priya,

Thank you both for all the work you've done to safely stabilize the Rialto and Fontana Distribution centers against further wind damage. The attention and swift response on these sites is much appreciated. Now that we understand that 55 SunPower arrays utilize the Helix racking system that's failed under the designed wind speeds, we need to come up with a long-term remediation strategy for the sites that use this racking.

We want to feel safe with SunPower systems on our stores and distribution centers and we're looking to SunPower to make it right. Will you commit to replacing all solar arrays that contain Helix racking?

Best,

**Marilea Griggs** | Lead Program Manager – Solar O&M | Energy and Sustainability | ☺Target |1000 Nicollet Mall | Minneapolis, MN 55403 | Mailstop TPN-0309 | (612) 304-5673