UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERKLEY ASSURANCE COMPANY,<br><br>　　Plaintiff,<br><br>　　　　-against-<br><br>SUNPOWER CORPORATION,<br><br>　　Defendant. | **STIPULATION<br>AND [PROPOSED] ORDER**<br><br>Case No. 23-cv-5627-JGLC |

**WHEREAS**, Plaintiff Berkley Assurance Company commenced this action on June 30, 2023 by filing with the Court a complaint (the "Complaint") naming SunPower Corporation as a Defendant;

**WHEREAS**, counsel for Plaintiff and Defendant held a telephonic meet and confer to discuss service of the Complaint and scheduling matters in this case on August 7, 2023, including the parties' Rule 16 and 26 deadlines and a deadline for SunPower to respond to the Complaint;

**WHEREAS**, during that meet and confer, counsel reached an agreement as to service and the deadline for SunPower to respond to the Complaint;

**NOW, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, as follows:

1. Defendant SunPower accepts service of the Complaint, without waiving any other procedural or substantive defenses or objections to the lawsuit; and

2. Defendant SunPower's time to move, answer, or otherwise respond to the Complaint is extended up to and includes October 17, 2023.

Dated: August 11, 2023

Attorneys for Plaintiff:

Pillinger Miller Tarallo, LLP
1140 Franklin Avenue, Suite 214
Garden City, NY 11530
Phone: 516-408-5388
Fax: 516-408-5389

By: ___/s/ Neil L. Sambursky[1]___
        Neil L. Sambursky
        nsambursky@pmtlawfirm.com

Attorneys for Defendant:

Jones Day
250 Vesey Street
New York, NY 10281
Phone: 212-326-3916
Fax: 212-755-7306

By: ___/s/ Eric P. Stephens___
        Eric P. Stephens
        epstephens@jonesday.com

Richard DeNatale (*pro hac vice* forthcoming)
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104
Phone: 415-875-5740
Fax: 415-875-5700
rdenatale@jonesday.com

So Ordered: ___Jessica Clarke___
        Hon. Jessica G. L. Clarke, USDJ

Date: __August 14, 2023__

---

[1] Electronic signature applied on consent pursuant to SDNY ECF Rule 8.5.