# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • JONESDAY.COM

Direct Number: 2123263916
epstephens@jonesday.com

November 9, 2023

VIA ECF

Hon. Jessica G. L. Clarke
District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:  *Berkley Assurance Company v. SunPower Corporation,*
           Case No. 23-cv-5627-JGLC (S.D.N.Y.)

Dear Judge Clarke:

      We represent Defendant SunPower Corporation ("SunPower") and write jointly with counsel for Plaintiff Berkley Assurance Company ("Berkley") pursuant to Your Honor's October 19 directive to provide a letter "regarding which ADR mechanism would be helpful in resolving this case." *See* October 19, minute entry. The parties believe that a private mediator is the ADR mechanism that is most likely to be helpful in potentially resolving this case.

                              Respectfully submitted,

                              Eric P. Stephens

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON