UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERKLEY ASSURANCE COMPANY,

                Plaintiff,

-against-

SUNPOWER CORPORATION,

                Defendant.

23-CV-5627 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    On August 5, 2024, Defendant SunPower Corporation and certain of its affiliates filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. Pursuant to 11 U.S.C § 362, this case is STAYED pending further notice. Defendant SunPower Corporation is directed to file a status update every 90 days. The first status update shall be filed by **November 6, 2024.**

Dated:  August 9, 2024
          New York, New York

                              SO ORDERED.

                              JESSICA G. L. CLARKE
                              United States District Judge