UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERKLEY ASSURANCE COMPANY,

     Plaintiff,

  -against-

SUNPOWER CORPORATION,

     Defendant.

23-CV-5627 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

  On December 23, 2025, Defendant SunPower Corporation filed an unopposed motion to lift the stay on this case. *See* ECF No. 51. The Court GRANTS its motion.

  Defendant's motion also indicated that the parties disagree about a proposed schedule but are continuing to confer. *Id.* ¶ 10. Accordingly, the Court directs the parties to confer and submit a joint proposed Case Management Plan by **January 9, 2026**. If the parties remain in disagreement by that date, each party may submit a separate proposed Case Management Plan and the Court will issue its own Amended Case Management Plan in consideration of the parties' proposals.

  The Clerk of Court is respectfully directed to lift the stay on this case and terminate ECF No. 51.

Dated: December 29, 2025
   New York, New York

        SO ORDERED.

        JESSICA G. L. CLARKE
        United States District Judge